Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
FABIO MORALES (AND WIFE, MARTHA         :  07-CV-01667-AKH
MORALES),                                              :
                                                             :
                                   Plaintiffs,       :  **NOTICE OF ADOPTION**
                                                             :  **OF ANSWER**
      - against -                                     :  **TO MASTER COMPLAINT**
                                                             :  **BY MERRILL LYNCH**
ALAN KASMAN DBA KASCO, *et al.*,       :
                                                             :  **ELECTRONICALLY FILED**
                                   Defendants.   :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 14, 2007

DICKSTEIN SHAPIRO LLP

By: /s/ Judith R. Cohen_____
    Robert J. Higgins (RH-6477)
    Judith R. Cohen (JC-8614)
    Kenneth H. Frenchman (KF-3635)
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 277-6500
    Fax: (212) 277-6501
    *Attorneys for Defendant*
    MERRILL LYNCH & CO., INC.