KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM CLEANING DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**

21 MC 102 (AKH)

------------------------------------------------------------------------x

**FABIO MORALES and MARTHA MORALES,**

**DOCKET NO:**
**07 CV 1667**

**Plaintiffs,**

**-against-**

**100 CHURCH, LLC, 222 BROADWAY, LLC**
**ALAN KASMAN DBA KASCO, AMBIENT**
**GROUP, INC., AMG REALTY PARTNERS, L.P.,**
**ANN TAYLOR STORES CORPORATION,**
**BATTERY PARK CITY AUTHORITY, BELFOR USA**
**GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC.,**
**BLACKMON-MOORING STEAMATIC CATASTOPHE,**
**INC., d/b/a BMS CAT, BOARD OF EDUCATION OF**
**THE CITY OF NEW YORK, BROOKFIELD**
**FINANCIAL PROPERTIES, INC., BROOKFIELD**
**FINANCIAL PROPERTIES, L.C., BROOKFIELD**
**PARTNERS, L.P., BROOKFIELD PROPERTIES**
**CORPORATION, BROOKFIELD PROPERTIES**
**HOLDINGS, INC., CHASE MANHATTAN BANK**
**CORPORATION, CUNNINGHAM DUCT CLEANING CO.,**
**CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF**
**BUSINESS SERVICES, ENVIROTECH CLEAN**
**AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,**
**HILLMAN ENVIRONMENTAL GROUP, LLC**
**INDOOR AIR PROFESSIONALS, INC.,**
**INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,**
**JONES LANG LASALLE AMERICAS, INC.,**
**JONES LANG LASALLE SERVICES, INC.,**

**NOTICE OF**
**ADOPTION OF**
**ANSWER TO**
**MASTER COMPLAINT**

KASKO RESTORATION SERVICES CO., LAW
ENGINEERING,  P.C., MERRILL LYNCH
& CO., INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC.,  STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
SWISS BANK CORPORATION, THAMES REALTY CO.,
TOSCORP INC., TRC ENGINEERS, INC.,
TRIBECA LANDING L.L.C., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO. I
L.P., WFP TOWER D HOLDING CO., II L.P.,
WFP TOWER D HOLDING I G.P., CORP.,
WFP TOWER D CO., L.P.,  and ZAR REALTY
MANAGEMENT CORP.,

**Defendants.**

..........................................................................................................x

  **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO,
KEANE & TONER, LLP,  as and for its Response to the allegations set forth in the Complaint by
Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced
action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in
the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC
102(AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM  demands judgment dismissing the above
captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      January 11, 2008

                     Kevin G. Horbatiuk
                     Kevin G. Horbatiuk (KGH4977)
                     Attorneys for Defendant
                     **CUNNINGHAM DUCT WORK s/h/i/a**
                     **CUNNINGHAM DUCT CLEANING CO.,**
                     **INC.**
                     RUSSO, KEANE & TONER, LLP
                     26 Broadway, 28th Floor
                     New York, New York 10004
                     (212) 482-0001
                     RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **FABIO MORALES and MARTHA MORALES**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**FABIO MORALES and MARTHA MORALES**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**