KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM CLEANING DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

------------------------------------------------------------------------x
FABIO MORALES and MARTHA MORALES,   DOCKET NO:
                                    07 CV 1667
                  Plaintiffs,
      -against-

100 CHURCH, LLC, 222 BROADWAY, LLC         NOTICE OF
ALAN KASMAN DBA KASCO, AMBIENT             ADOPTION OF
GROUP, INC., AMG REALTY PARTNERS, L.P.,    ANSWER TO
ANN TAYLOR STORES CORPORATION,             MASTER COMPLAINT
BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC.,
BLACKMON-MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BOARD OF EDUCATION OF
THE CITY OF NEW YORK, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.C., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CHASE MANHATTAN BANK
CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC.,

KASKO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THAMES REALTY CO., TOSCORP INC., TRC ENGINEERS, INC., TRIBECA LANDING L.L.C., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P., WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I G.P., CORP., WFP TOWER D CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

          **Defendants.**

....................................................................................x

  PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
January 11, 2008

                                          Kevin G. Horbatiuk
                                          Kevin G. Horbatiuk (KGH4977)
                                          Attorneys for Defendant
                                          **CUNNINGHAM DUCT WORK s/h/i/a**
                                          **CUNNINGHAM DUCT CLEANING CO., INC.**
                                          RUSSO, KEANE & TONER, LLP
                                          26 Broadway, 28th Floor
                                          New York, New York 10004
                                          (212) 482-0001
                                          RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **FABIO MORALES and MARTHA MORALES**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**FABIO MORALES and MARTHA MORALES**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**