Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendant: New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)
                                          07CV1667 (AKH)
----------------------------------------------------------------------- X
FABIO MORALES,

                   Plaintiff,    **NOTICE OF THE NEW YORK UNIVERSITY'S ADOPTION OF ANSWER TO MASTER COMPLAINT**

-against-

NEW YORK UNIVERSITY,

                   Defendant.
----------------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT defendant NEW YORK UNIVERSITY, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts the NYU Defendants' Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the NEW YORK UNIVERSITY demands judgment dismissing the above-captioned action as against its, together with its costs and disbursements.

Dated: New York, New York
      February 4, 2008

                              WADE CLARK MULCAHY

                              /s/
                              _____
                              By: Robert J. Cosgrove (RC 8917)
                              Cheryl D. Fuchs (CF 1116)
                              Attorneys for NYU Defendants
                              111 Broadway, 9th Floor
                              New York, New York 10006
                              (212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on February 4, 2008, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic filing:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiffs's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |


<br/>

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____
Sibil Miranda

Sworn to before me this
4th day of February 2008

/s/

_____
Notary Public